1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  MARC PRICE WOLF  (CABN 254495)
   Assistant United States Attorney
5

6  450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-7200
   Fax: (415) 436-7234
8  E-Mail: mwolf@usa.doj.gov

9  Attorneys for United States of America

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,        )   No. CR 12-0848
15                                   )
                                     )
16      v.                           )   STIPULATION AND [PROPOSED]
                                     )   ORDER RE BRIEFING SCHEDULE
17  MICHELLE CASWELL,                )   FOR DEFENDANT'S MOTION TO
                                     )   DISMISS
18      Defendant.                   )
                                     )   Date:  March 28, 2013
19                                   )   Time:  10:00 a.m.
                                     )   Judge: Hon. Laurel Beeler
20  _____

21

22
        On January 8, 2013, the most recent status hearing in this case, the parties represented to
23
   the Court that they would agree on a briefing schedule for defendant's motion to dismiss.  The
24
   parties met and agreed upon a schedule, and they apologize for not submitting a stipulation
25
   seeking Court approval for the briefing schedule.  Below is the briefing schedule to which the
26
   parties have agreed:
27
   • The defendant filed her motion on February 26, 2013;
28

1  • The government shall file its opposition by March 12, 2013;

2  • The defendant shall file her reply by March 15, 2013; and

3  • The Court shall hold a hearing on the motion at 10:00 a.m. on March 28, 2013.

                                    Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney

DATED: March 6, 2013                     /s/

                                    MARC PRICE WOLF
                                    Special Assistant United States Attorney


                                    MURRAY & ASSOCIATES


                                    /s/
                                    LAWRENCE D. MURRAY
                                    Attorney for Defendant Michelle Caswell


DATED: March 7, 2013

                                    LAUREL BEELER
                                    United States Magistrate Judge